Katherine McDonough (California Bar No. 241426)
Kraw and Kraw
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile:  650-314-7899
kmcdonough@kraw.com

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HERITAGE FLOORS, INC., a Washington Corporation, et al., <br><br> Defendants. | Case No.: C12-01784 JSW <br><br> **[Proposed] ORDER GRANTING PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINES** |

On August 6, 2012, Plaintiffs filed a Miscellaneous Motion to Continue the Case Management Conference and related dates.  Based on the papers submitted and the file herein, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Continue the Case Management Conference and Extend Deadlines is GRANTED.  The following schedule shall apply to this case:

[Proposed] ORDER Granting Ps' Misc. Admin. Mot. to Cont. CMC and Extend Deadlines
Case No.: C12-01784 JSW

1

Last day to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan, and to file joint ADR certification or notice of need for ADR phone conference ............................................................................................. 11/16/12

Last day to file Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) report, and file Joint Case Management Statement .................................................................. 11/30/12

Initial Case Management Conference ......................................... 1:30 p.m. on 12/7/12

Dated: August 10, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[Proposed] ORDER Granting Ps' Misc. Admin. Mot. to Cont. CMC and Extend Deadlines
Case No.: C12-01784 JSW

2