# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RESILIENT FLOOR COVERING PENSION TRUST FUND, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>HERITAGE FLOORS, INC. and CREATIVE TILE AND FLOOR, INC.,<br><br>　　　　　Defendants. | Case No. 12-cv-01784 JSW (NC)<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 25 |

District Judge White referred plaintiffs' motion for default judgment, Dkt. No. 25, to this Court for report and recommendation. *See* Dkt. No. 27. The Court adopts the current briefing schedule with respect to the motion as follows: defendants must file their opposition to the motion on or before January 14, 2013. Plaintiffs must file any reply brief on or before January 22, 2013. The Court will hold a hearing on the motion on February 13, 2013, at 1:00 p.m. in Courtroom A, 15th Floor, San Francisco.

IT IS SO ORDERED.

DATED: January 8, 2013

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 12-cv-01784 JSW (NC)
ORDER SETTING BRIEFING SCHEDULE